IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                   CASE NO. 1:93-cr-01016-MP

TERETHA JONES,

      Defendant.

_____/

# O R D E R

      This matter is before the Court on Doc. 248, Motion for Early Termination of Supervised Release, filed by Ms. Jones.  Under 18 U.S.C. § 3583(e)(1), the Court, after considering the statutory sentencing factors, may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release" if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  More than one year of defendant's supervised release has expired.  The Court has conferred with the probation office and the government does not object to the early termination.  The Court is satisfied that early termination is warranted by the conduct of the defendant and not contrary to the interest of justice.  Accordingly, the motion is granted and defendant is discharged from supervised release.

      **DONE AND ORDERED** this _ 24th _ day of May, 2007

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge